AO 441 (Rev. 5/85) Third Party Summons in a Civil Action

# United States District Court

EASTERN DISTRICT OF LOUISIANA

RETURN

| | |
|---|---|
| PLAINTIFF<br>Paul Duet, et al | THIRD PARTY SUMMONS IN A<br>CIVIL ACTION |
| V. DEFENDANT AND THIRD PARTY PLAINTIFF<br>Seacor Marine Inc | CASE NUMBER: 07-6424 "L" (3) |
| V. THIRD PARTY DEFENDANT<br>Cummins Mid-South, Inc, et al | |

To: (Name and Address of Third Party Defendant)

Cummins Mid-South, L.L.C.

*Cummins Mid-South, LLC*
*By and Through its Registered Agent*
*For Service of Process*
*CT Corporation Systems*
*8660 United Plaza Boulevard*
*Baton Rouge, LA 70809*

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

| PLAINTIFF'S ATTORNEY (name and address) | DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address) |
|---|---|
| Francis I. Spagnoletti<br>401 Louisiana 8th Floor<br>Houston, TX 77002 | James T. Brown<br>6363 Woodway Dr Suite 400<br>Houston, TX 77057 |

an answer to the third-party complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, and (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

Loretta G. Whyte
Clerk

(By) Deputy Clerk

July 11, 2008
Date

AO 441 (Rev. 5/85) Third Party Summons in a Civil Action

# RETURN OF SERVICE

| | DATE 7/21/08 |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| NAME OF SERVER WANDA B. DITCHAM | TITLE Private process server |

Check one box below to indicate appropriate method of service

[☑] Served personally upon the third-party defendant. Place where served: CT CORPORATION RODERICK THOMAS 5615 CORPORATE BLVD SUITE B BR LA

[ ] Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned executed: _____

[ ] Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7/21/08
           Date

Signature of Server: Wanda B. Ditcham

Address of Server: 3305 Bretagne Ct
Marrero, LA 70072
(504) 347-1131

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.